**CACI INTERNATIONAL, INCORPORATED; CACI, Incorporated—Federal, Plaintiffs–Appellees,**

v.

**PENTAGEN TECHNOLOGIES INTERNATIONAL, LTD.; John C. Baird; Mitchell R. Leiser, Defendants–Appellants,**

United States of America, Party-in-interest,

and

**Baird Technologies, Incorporated, Defendant.**

No. 02–2211.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2003.

Decided Oct. 22, 2003.

Joel Z. Robinson, Law Offices Joel Z. Robinson & Company, New York, New York, for Appellants. J. William Koegel, Jr., Steptoe & Johnson, L.L.P., Washington, D.C., for Appellees.

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Pentagen Technologies International appeals the district court's order denying the motion to reopen a 1994 declaratory judgment as predicated on fraud. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See CACI Int'l Inc. v. Pentagen Techs. Int'l Ltd.*, No. CA–93–1631–A (E.D.Va. Aug. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*